**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF NEW YORK,<br><br>                      Plaintiffs,<br><br>    v.<br><br>HOLCIM (US) INC.,<br><br>                      Defendant. | No. 1:21-cv-0490 (GTS/DJS) |

**JOINT STIPULATION TERMINATING CONSENT DECREE**

Pursuant to Paragraphs 93 and 94 of the Consent Decree entered by this Court on August 30, 2021, Plaintiffs the United States of America and the State of New York, and Defendant Holcim (US) Inc. ("Holcim"), by their undersigned counsel, jointly stipulate as follows:

**1.  Background.**

The Consent Decree resolved alleged violations of the Clean Water Act, 33 U.S.C. §§ 1311(a) and 1342, and Article 17 of the New York Environmental Conservation Law, arising from operations at Holcim's Ravena Cement Plant in Ravena, New York.

**2.  Completion of Obligations.**

Holcim has satisfied the requirements of the Consent Decree. Specifically:

(a) it has completed all compliance actions required under Section V, including the approved Best Management Practices Plan and Operations & Maintenance Plan;

(b) it has met all reporting duties under Section VII; and

(c) it has paid all civil and stipulated penalties and completed the State Environmental Benefit Project required under Section VIII.

3. **Plaintiffs' Determination.**

After review of Holcim's submissions and supporting documentation, the United States Environmental Protection Agency and the New York State Department of Environmental Conservation have determined that Holcim has met the Consent Decree's requirements to their satisfaction.

4. **Joint Agreement.**

Consistent with Paragraph 94, the United States, the State of New York, and Holcim have conferred and agree that all obligations imposed by the Consent Decree have been fulfilled and that continued court supervision is no longer necessary.

5. **Termination.**

The parties therefore jointly request, and stipulate to, entry of an order terminating the Consent Decree and closing this matter.

Respectfully submitted,

**For the United States:**

JOHN A. SARCONE III
Acting United States Attorney

By:   */s/*
Adam J. Katz
Assistant United States Attorney
Bar Roll No. 517894

**For the State of New York:**

LETITIA A. JAMES
Attorney General of the State of New York

By:  /s/
Morgan A. Costello
Assistant Attorney General
Bar Roll No. 512862

**For Defendant Holcim (US) Inc.:**

Adam G. Sowatzka
Counsel for Holcim (US) Inc.
Partner, McGuireWoods LLP
Georgia Bar No. 101012 (pro hac vice)

## ORDER

Upon consideration of the parties' Joint Stipulation Terminating Consent Decree, and finding that the Consent Decree's terms have been fully satisfied, it is **ORDERED** that the Consent Decree entered on August 30, 2021, is hereby **TERMINATED**.

SO ORDERED.

Dated: __November 5__ 2025

Glenn T. Suddaby
U.S. District Judge